UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGINALD RENEE CUMMINGS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUND, Warden,<br><br>　　　　　　Respondent. | No. EDCV 10-1927 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: ___March 10, 2011___

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge